AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIE E. NEWTON,

    Petitioner,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 120-162

V.

BROOKS L. BENTON, Warden,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Court's Order dated April 8, 2021, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Respondent's motion to dismiss is granted, Petitioner's petition pursuant to 28 U.S.C. § 2254 is dismissed, and a Certificate of Appealability is denied. Judgment is entered in favor of the Respondent and this case stands closed.

April 8, 2021

*Date*



John E. Triplett, Acting Clerk

*Clerk*

*Candy Ashbell* (signature)

(By) Deputy Clerk

GAS Rev 10/2020